1

2

Thomas P. Cartmell, 45366
3  Thomas J. Preuss, 54923
   Christopher L. Schnieders 57725
4  Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
5  Kansas City, MO 64112
   Phone: 816-701-1100
6  Facsimile: 816-531-2372
   Attorneys for Plaintiffs, Helen Zdrakovich
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )   Case Specific Number 06-1981
                                      )
    IN RE: BEXTRA AND CELEBREX        )
14  MARKETING SALES PRACTICES AND     )   **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION      )   **District Judge: Charles R. Breyer**
15                                    )
    _____  )
16                                    )
    Helen Zdrakovich,                 )
17                                    )   **STIPULATION AND ORDER OF**
                           Plaintiffs,)   **DISMISSAL WITH PREJUDICE**
18                                    )
                  vs.                 )
19                                    )
    Pfizer, Inc., et al.              )
20                         Defendants.)

21  _____

22
           Come now the Plaintiff, (HELEN ZDRAKOVICH) and Defendants, by and through the
23
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24
    stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
25
    fees and costs.
26
           DATED: April 2, 2009
27
                                            By_____
28
                                            Attorneys for Plaintiff, Helen Zdrakovich

                                                 -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: April 27, 2009        DLA PIPER US LLP

3
                                 By: _____
4                                    Michelle Sadowsky
5                                    Attorneys for Defendants

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9

10  Dated APR 3 0 2009
                                 _____
11                               Hon. Charles R. Breyer
                                 United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**